1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR EUGENE LINDSEY,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>MARCUS POLLARD, Warden,<br><br>　　　　　　Respondent. | Case No LACV 20-6275-SVW (LAL)<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: March 16, 2023　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Honorable Stephen V. Wilson
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE